UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMIA BRAGG

            Plaintiff(s),        CASE NUMBER: 10-12055
                                                   HONORABLE VICTORIA A. ROBERTS

v.

COMMISSIONER OF SOCIAL SECURITY,

            Defendant(s).
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On March 22, 2011, Magistrate Judge Mona K. Majzoub submitted a Report and Recommendation (Doc. 16) recommending that the Court: (1) GRANT Plaintiff's Motion for Summary Judgment in part (Doc.14); and (2) DENY Defendant's Motion for Summary Judgment (Doc. 15).

Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(2), it **ADOPTS** the Magistrate Judge's Report and Recommendation. The Court: (1) **GRANTS** Plaintiff's motion in part; (2) **DENIES** Defendant's motion; and (3) **REMANDS** the case to the Commissioner.

      **IT IS ORDERED**.

                                      S/Victoria A. Roberts
                                      Victoria A. Roberts
                                      United States District Judge

Dated: April 12, 2011

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on April 12, 2011.

s/Carol A. Pinegar
Deputy Clerk